UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN E. AGUSTIN,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:22-cv-00440-JDP P<br><br>ORDER TRANSFERRING CASE TO THE FRESNO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a federal prisoner proceeding without counsel, commenced this civil action, alleging tort claims against the United States of America. Plaintiff's claims arose in Honolulu, Hawaii, but he is confined at USP Atwater, which is located in this district. Thus, venue is proper in both the Eastern District of California and the District of Hawaii. *See* 28 U.S.C. § 1402(b) ("[A] civil action on a tort claim against the United States . . . may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred.").

However, USP Atwater is located in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal. L.R. 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

Good cause appearing, it is hereby ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:    April 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2