# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN E. AGUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:22-cv-00418-SAB (PC)<br><br>ORDER TRANSFERRING ACTION UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII |

Plaintiff Justin E. Agustin is appearing pro se in this civil rights action pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671-80.  Plaintiff is a federal prisoner who brings tort claims against the United States of America which took place while he was confined in Honolulu, Hawaii.

Plaintiff filed this action in the United States District Court for the Eastern District of California, Sacramento Division.  By order filed on April 11, 2022, the action was transferred to the Fresno Division of the United States District Court for the Eastern District of California.  (ECF No. 7.)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a).  As acknowledged by Magistrate Judge Jeremy D. Peterson, "venue is proper in both the Eastern District of California and the District of Hawaii. *See* 28 U.S.C. § 1402(b) ('[A] civil action on a tort claim against the United States … may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred.')."  (ECF No. 7.)

Here, because no action occurred in this district and the action could have been properly brought in the District of Hawaii, this Court is not the proper forum and the action should be transferred to the United States District Court of the District of Hawaii. 28 U.S.C. § 1404(a); Local Rule 120(f).

Accordingly, it is HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the District of Hawaii; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> District of Hawaii
> 300 Ala Moana Blvd C-338
> Honolulu, HI 96850

IT IS SO ORDERED.

Dated: __**April 12, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE